## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**WILLIAM RANDOLPH,**
**individually and on behalf of a class of**
**similarly situated persons,**

**Plaintiff,**

v.

**MONDELĒZ GLOBAL, LLC,**

**Defendant.**

[PROPOSED]
CIVIL CASE MANAGEMENT PLAN
(JUDGE RAKOFF)

**Case No. 1:21-cv-10858 (JSR)**

**The Court require that this case shall be <u>ready for trial</u> on <u>August 24, 2022.</u>**

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

A.      The case <u>is</u> to be tried to a jury.

B.      Defendant's motion to dismiss must be filed by <u>February 17, 2022</u>.  Plaintiff's opposition must be filed by <u>February 25, 2022</u>.  Defendant's reply must be filed by <u>March 2, 2022</u>.  Oral argument on the motion to dismiss shall be held on <u>March 7, 2022 at 3:30 p.m.</u> via teleconference or Zoom.  All discovery is stayed pending resolution of Defendant's motion to dismiss.

C.      Joinder of additional parties must be accomplished by <u>March 22, 2022</u>.

D.      Plaintiff filed an Amended Class Action Complaint on February 9, 2022.  The Parties agree that no further amendment is permitted under Fed. R. Civ. P. 15(a) without leave of Court.

E.      Initial disclosures required by Fed. R. Civ. P. 26(a) must be served by <u>March 1, 2022</u>.

F.      The Parties shall file a protective order and/or ESI protocol by <u>March 22, 2022</u>.

G.      Discovery (in addition to the disclosures required by Fed. R. Civ. P. 26(a)):

1.      <u>Documents</u>. First request for production of documents, if any, must be served by <u>March 22, 2022</u>. Further document requests may be served as required, but no document request may be served later than <u>30 days prior to the date of the close of discovery as set forth in item 6 below</u>.

2.      Interrogatories. Interrogatories pursuant to Rule 33.3(a) of the Local Civil Rules of the Southern District of New York must be served by March 22, 2022. No other interrogatories are permitted except upon prior express permission of Judge Rakoff. No Rule 33.3(a) interrogatories need be served with respect to disclosures automatically required by Fed. R. Civ. P. 26(a).

3.      Experts. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony on an issue other than damages in support of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) no later than April 26, 2022.  Every party-opponent of such claim that intends to offer expert testimony on an issue other than damages in opposition to the party-proponent's expert must make the disclosures required by Fed. R. Civ. P. 26(a)(2) no later than May 17, 2022.

Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony related to damages must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by June 17, 2022.  Every party-opponent of such claim that intends to offer expert testimony in opposition to the party-proponent's expert on damages must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by July 1, 2022.

No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures except upon prior express permission of the Court, application for which must be made no later than 10 days after the date specified in the immediately preceding sentence. All experts may be deposed, but such depositions must occur within the time limit for all depositions set forth below.

4.      Depositions. All depositions (including any expert depositions, see item 3 above) must be completed by July 8, 2022. Unless counsel agree otherwise or the Court so orders, depositions shall not commence until all parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) or until four weeks from the date of this Order, whichever is earlier.

Depositions shall proceed concurrently, with no party having priority, and no deposition shall extend beyond one business day without prior leave of the Court.

Pursuant to agreement of the Parties, any notice of deposition that seeks testimony pursuant to Fed. R. Civ. P. 30(b)(6) on a matter related to class certification must be served by May 3, 2022.  Any deposition pursuant to such a notice must be completed by May 24, 2022. Plaintiff may serve and take an additional Fed. R. Civ. P. 30(b)(6) after May 24, 2022 that pertains to non-class issues.

Pursuant to agreement of the Parties, the proponent of a class certification expert must make the expert available for deposition within 7 days of the disclosure of the expert's report.

5.      Requests to Admit. Requests to Admit, if any, must be served by June 13, 2022.

6.      All discovery is to be completed by July 13, 2022. Interim deadlines for items 1–5 above may be extended by the parties on consent without application to the Court, provided the

parties are <u>certain</u> they can still meet the discovery completion date set forth in this paragraph. The discovery completion date may be adjourned only upon a showing to the Court of extraordinary circumstances, and may not be extended on consent.

H.      Plaintiff's motion for class certification must be filed by <u>May 31, 2022</u>.  Defendant's opposition to class certification must be filed by <u>June 21, 2022</u>.  Plaintiff's reply must be filed by <u>July 5, 2022</u>.  Oral argument on the motion for class certification shall be held on ___7|19|22___3:30 pm_ [<u>date to be inserted by the Court</u>].

I.      Post-discovery summary judgment motions in the form prescribed by the Court's Individual Rules of Practice may be brought on without further consultation with the Court provided that a Notice of any such motion, in the form specified in the Court's Individual Rules of Practice, is filed <u>no later than one week following the close-of-discovery date (item D-6 above)</u> and provided that the moving papers are served by <u>July 20, 2022</u>, answering papers by <u>August 8, 2022</u>, and reply papers by <u>August 24, 2022</u>. Each party must file its respective papers with the Clerk of the Court on the same date that such papers are served. Additionally, on the same date that any papers are served and filed, counsel filing and serving the papers must arrange to deliver courtesy non-electronic hard copies to the Courthouse for delivery to Chambers.

J.      A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held on __9/7/22___4:00 pm_ [<u>date to be inserted by the Court</u>], at which time the Court shall set a firm trial date. The timing and other requirements for the Joint Pretrial Order and/or other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

K.      All motions and applications shall be governed by Judge Rakoff's Individual Rules of Practice.  Counsel shall promptly familiarize themselves with all of the Court's Individual Rules, as well as with the Local Rules for the United States District Court for the Southern District of New York.

      SO ORDERED.

                                       _____
                                        JED S. RAKOFF
                                        U.S.D.J.

DATED:      New York, New York
                _____2/10/22_____.