# Exhibit 5



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Feb 12 03:17:22 EST 2022

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump  to record: ___   **Record 1 out of 2**

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | STONED WHEAT THINS |
| Goods and Services | IC 030. US 046. G & S: crackers. FIRST USE: 19840801. FIRST USE IN COMMERCE: 19840801 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74210925 |
| Filing Date | October 9, 1991 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | June 30, 1992 |
| Registration Number | 1718484 |
| Registration Date | September 22, 1992 |
| Owner | (REGISTRANT) Nabisco, Inc. CORPORATION NEW JERSEY 7 Campus Drive Parsippany NEW JERSEY 070540311 |
| | (LAST LISTED OWNER) INTERCONTINENTAL GREAT BRANDS LLC LIMITED LIABILITY COMPANY DELAWARE 100 DEFOREST AVENUE EAST HANOVER NEW JERSEY 07936 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Melissa V. Harrup |
| Prior Registrations | 1022799 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STONED WHEAT" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20120930. |
| Renewal | 2ND RENEWAL 20120930 |

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY