UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM RANDOLPH,<br>individually and on behalf of a class of<br>similarly situated persons,<br><br>        Plaintiff,<br><br>   v.<br><br>MONDELEZ INTERNATIONAL, INC.,<br><br>        Defendant. | Case No. 1:21-cv-10858 (JSR) |

**Declaration of Charles D. Moore in Support of**
**Plaintiff's Memorandum of Law in Opposition to**
**Defendant's Motion to Dismiss the Amended Complaint**

I, Charles D. Moore, pursuant to 28 U.S.C. §1746 and under penalty of perjury, hereby declare as follows:

1. I am an attorney at Reese LLP, and counsel for Plaintiff William Randolph ("Plaintiff") in the above captioned action. I am a member in good standing of the bar of the United States District Court for the Southern District of New York, United States District Court for the District of Minnesota, the state bar of New York, and the state bar of Minnesota.

2. I respectfully submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint. Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge, and I would competently testify to them if called upon to do so.

3. Attached as **Exhibit 1** is a true and correct copy of the Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint filed in *Campbell v. Whole Foods Market Group, Inc.*, No. 1:20-cv-01291-GHW-OTW (S.D.N.Y.), ECF No. 23.

4. Attached as **Exhibit 2** is a true and correct copy of the Memorandum of Law in Support of Defendant's Motion to Dismiss Complaint filed in *Valcarcel v. Ahold U.S.A., Inc.*, No. 1:21-cv-07821-JSR (S.D.N.Y.), ECF No. 16.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 25, 2022 in Minneapolis, Minnesota.

                                             */s/Charles D. Moore*
                                             Charles D. Moore